STATE OF NEW JERSEY v. EDWARD JOSEPH RYAN.

Feb. 11, 1980. Petition for certification granted. (See 171 *N.J.Super.* 427)

AETNA INSURANCE COMPANY v. GILCHRIST BROTHERS, INC.

Feb. 11, 1980. Petition for certification granted.

STATE OF NEW JERSEY v. BENJAMIN T. SCOTT.

Feb. 11, 1980. Petition for certification denied.

STATE OF NEW JERSEY v. JACK ROSENMAN.

Feb. 11, 1980. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE WILSON.

Feb. 11, 1980. Petition for certification denied.

STATE SECURITY INSURANCE COMPANY v. PEPPER LADDER COMPANY.

Feb. 11, 1980. Petition for certification denied.